DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

RONALD BRIAN SHEPARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0563

————————————————

June 17, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Brooke Elvington, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor Anne Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.